O

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA15-262M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Vargas, Alejandro | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _D. Nevada_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _background, cmty ties unknown due to failure to interview; bail resources unknown; dmv failure to appear history; ongoing substance abuse problem_

and/or

B.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _underlying conv for narcotics trafficking offense; active restraining order for domestic violence; ongoing substance abuse problem_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __5/19/15__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE