```
                                           FILED
                                  CLERK, U.S. DISTRICT COURT

                                       JAN 2 2 2016

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>Alejandro Vargas<br><br>            Defendant. | Case No.: SACR 16-0001-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __unknown bail resources, criminal history, association with multiple identifiers__

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _substance abuse history + present allegations; current state probation + restraining order_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/22/16

/s/ Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE